United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO RAMOS LUQUE,<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04655 |
| MARKWAYNE MULLIN, *et al.*,<br>Defendants. | §<br>§<br>§ | |

ORDER OF DISMISSAL

On October 5, 2026, the Petitioner filed a Notice of Voluntary Dismissal without prejudice (Dkt. 11) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on October 8, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE